[No. 949-2. Division Two. February 13, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH JONATHAN ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 41027, Stanley W. Worswick, J., entered November 9, 1972. *Dismissed* by unpublished per curiam opinion.